UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN THE MATTER OF:                           :
                                            :
Establishment Inspection of:                :        Case No. 19-7373
                                            :
UHS of Fuller, Inc.                         :
200 May Street                              :
South Attleboro MA  02703                   :

## AFFIDAVIT OF COMPLIANCE OFFICER NATALIE KADIS

I, Natalie Kadis, hereby depose and state as follows:

1. My name is Natalie Kadis, duly authorized compliance safety and health officer of the Occupational Safety and Health Administration, United States Department of Labor, in the Boston South area office.

2. I have been a compliance safety and health officer since December, 1988.

3. In my position as a compliance safety and health officer, I am familiar with the facts and circumstances surrounding the current OSHA inspection of UHS of Fuller, Inc. which began on August 1, 2019. I base this declaration on my personal knowledge of the inspection and activities related to the inspection.

4. I was assigned by my supervisor to inspect UHS of Fuller, Inc. located at 200 May Street, South Attleboro, MA 02703 as part of a programmed inspection plan under OSHA's Site Specific Targeting 2016 program.

5. As a result, I started the inspection in accordance with OSHA's Site Specific Targeting 2016 (SST-16) inspection plan, CPL 02 (Effective October 16, 2018) and OSHA's *Field Operations Manual ("FOM"), CPL 02-00-160* (Effective August 2, 2016).

6. I initiated this inspection on August 1, 2019 at UHS of Fuller, Inc., located at 200 May Street, South Attleboro MA 02703.

7. I presented my OSHA credentials and explained the reason for the inspection.

8. On August 1, 2019, I was denied entry to proceed with the inspection by Melanie Paul, counsel for the employer.

Sworn and subscribed by,

_____
Natalie Kadis, Compliance Officer
United States Department of Labor, OSHA

Before me this __23rd__ day of September 2019, at __4:38__ a.m./(p.m.) personally appeared Natalie Kadis and upon oath stated the facts set forth in this application are true to the best of her knowledge and belief.

_____
JENNIFER C. BOAL
United States Magistrate Judge